**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

M. JOHN CARSON, BAR NO. 41285
JCARSON@FOLEY.COM
LEILA NOURANI, BAR NO. 163336
LNOURANI@FOLEY.COM
MARY R. CONKLIN, BAR NO. 266173
MCONKLIN@FOLEY.COM

ATTORNEYS FOR PLAINTIFF
HERBALIFE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

HERBALIFE INTERNATIONAL, INC., a Nevada corporation,

Plaintiff,

vs.

ADIDAS AMERICA, INC., a Delaware corporation,

Defendant.

Case No: CV10 0584 AHM (AGRx)

**COMPLAINT FOR INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS**

**DEMAND FOR JURY TRIAL**

Plaintiff Herbalife International, Inc. ("Herbalife") alleges as follows:

## INTRODUCTION

1. This is a complaint for intentional interference with contractual relations based on the actions of Adidas America, Inc. ("adidas America"), with regard to Herbalife's agreement with Anschutz L.A. Soccer, Inc., the owner of the Los Angeles Galaxy ("Galaxy") Major League Soccer ("MLS") team.

## PARTIES

2. Plaintiff Herbalife is a Nevada corporation, having its principal place of business at 1800 Century Park East, Los Angeles, California 90067.

COMPLAINT

3. Defendant adidas America is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 5055 N. Greeley Avenue, Portland, Oregon 97217.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction under 28 U.S.C. § 1332(a)(2), in that it is a civil action between a citizen of a State and a citizen of a foreign state in which the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. Venue lies properly in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1391(c). adidas America sells and offers for sale products in this judicial district and does engage in significant business activities in California. Additionally, a substantial part of the events or omissions giving rise to Herbalife's claim for intentional interference occurred in California. Therefore, adidas America is subject to personal jurisdiction in California.

## GENERAL ALLEGATIONS

6. Herbalife manufactures and sells weight, nutritional, skin, and personal care products under its distinctive Tri-Leaf Design trademark ("TRI-LEAF Mark"). Herbalife sells its products in this judicial district.

7. adidas America is wholly-owned by its parent company, adidas AG and its affiliates (referred to collectively as "adidas"), and within this country is a licensed distributor of ADIDAS-brand merchandise, including a variety of goods such as sports apparel, accessories and equipment, under its distinctive Trefoil Design trademark ("TREFOIL Mark"). adidas America sells its products in this judicial district.

8. Third-party Anschutz Entertainment Group ("AEG"), one of the largest owners of professional sports teams and stadiums in the world, owns and operates the Galaxy in its capacity as an agent for MLS.

9. Effective as of March 14, 2007, Herbalife and AEG, via Anschutz L.A. Soccer, Inc., entered into a contract [the 2007 Sponsor Agreement] for

Herbalife's sponsorship of the Galaxy soccer team.

10. The 2007 Sponsor Agreement included provisions for the team to use the Herbalife TRI-LEAF mark and the Herbalife name through December 31, 2011 to acknowledge Herbalife's status as an official sponsor of the team.

11. The Herbalife TRI-LEAF mark and the Herbalife name have appeared in a prominent position on the front of all Galaxy jerseys since March 2007.

12. The 2007 Sponsor Agreement also confers to Herbalife the right to approve the appearance of its name and TRI-LEAF mark on Galaxy apparel.

13. Under the 2007 Sponsorship Agreement, Herbalife's name and TRI-LEAF mark are to be prominently placed and placement of adidas's name and logo (TREFOIL mark) is secondary to Herbalife's rights.

## FIRST CLAIM FOR RELIEF
## (INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS)

14. Herbalife incorporates by reference paragraphs 1-14 above.

15. adidas America is, and has at all relevant times been, aware of the 2007 Sponsor Agreement.

16. adidas is the official manufacturer of all MLS apparel, including Galaxy jerseys.

17. adidas America is now objecting to the use of the Herbalife TRI-LEAF mark and seeks its removal from the team jerseys and other goods.

18. Herbalife recently became aware that the Sports Marketing group of adidas America manufactures the Galaxy team jerseys.

19. After requests to AEG for the artwork to approve for the 2011 Galaxy jerseys since at least June 2009, on December 3, 2009, Herbalife received photographs (not the artwork) of adidas' re-design for the 2011 Galaxy jerseys, which did not include the Herbalife TRI-LEAF mark.

20. That very same day, Herbalife informed AEG that it did ***not*** approve of the re-design as is required under the 2007 Sponsorship Agreement.

21. adidas America will soon commence production of the 2011 jerseys for Galaxy and, on January 12, 2010, AEG informed Herbalife that adidas America had refused, and continues to refuse, to produce the 2011 Galaxy jerseys with the Herbalife TRI-LEAF mark.

22. On January 15, 2010, Herbalife received written confirmation of adidas's refusal. Moreover, in that written communication, Herbalife first learned that adidas "will move forward with the current creative if this situation is not resolved by Jan. 20th."

23. Herbalife has repeatedly informed AEG that it does not approve of any design of Galaxy jerseys that does not include Herbalife's TRI-LEAF mark.

24. On January 19, 2010, Herbalife provided AEG with formal, written notice of its disapproval.

25. On January 20, 2010, Herbalife first learned that adidas has also refused to release the design materials for 2011 Galaxy jerseys even to AEG. Thus, on January 20, 2010, Herbalife first learned that adidas was acting independently of AEG, and that adidas's actions prevented AEG from providing the artwork to Herbalife.

26. adidas America's refusal to print the Herbalife TRI-LEAF mark has interfered with Herbalife's 2007 Sponsor Agreement with the Galaxy.

27. adidas America knew and intended its conduct would interfere with Herbalife's 2007 Sponsor Agreement with the Galaxy.

28. As a result of adidas America's interference with Herbalife's valid contract, Herbalife has suffered damages in an amount currently unknown.

## PRAYER FOR RELIEF

WHEREFORE, Herbalife prays for relief as follows:

A. On the first cause of action, for injunctive relief preventing adidas America from further interfering in Herbalife's contractual relations with Anschutz L.A. Soccer, Inc., owner of the Los Angeles Galaxy;

B.    On the first cause of action, for an award of exemplary damages;

C.    On all causes of action, for an award of Herbalife's reasonable attorneys' fees, costs, disbursements, and other expenses;

D.    Such other and further relief as the Court deems appropriate.

Dated: January 27, 2010

FOLEY & LARDNER LLP
M. JOHN CARSON
LEILA NOURANI
MARY R. CONKLIN

By: /s/ Leila Nourani
LEILA NOURANI
Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

## DEMAND FOR JURY TRIAL

Plaintiff Herbalife International Inc. hereby demands a trial by jury.

Dated: January 27, 2010

FOLEY & LARDNER LLP
M. JOHN CARSON
LEILA NOURANI
MARY R. CONKLIN

By: /s/ Leila Nourani
LEILA NOURANI
Attorneys for Plaintiff
HERBALIFE INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge A. Howard Matz and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV10- 584 AHM (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
M. John Carson, Bar No. 41285 jcarson@foley.com
Leila Nourani, Bar No. 163336 lnourani@foley.com
FOLEY & LARDNER LLP
555 S. Flower St., Suite 3500, L.A., CA 90071-2411
Tel: 213.972.4674  Fax: 213.486.0065

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC., a Nevada corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>ADIDAS AMERICA, INC., a Delaware corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 0584 AHM (AGRx)**<br><br>SUMMONS |

TO:   DEFENDANT(S): ADIDAS AMERICA, INC.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Foley & Lardner LLP,_ _____, whose address is _555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411_ _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __JAN 2 7 2010__    By: __CHRISTOPHER POWERS__
                                  Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
HERBALIFE INTERNATIONAL, INC.

**DEFENDANTS**
ADIDAS AMERICA, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Leila Nourani Bar No. 163336, M. John Carson Bar No. 41285
FOLEY & LARDNER LLP, 555 S. Flower St., Suite 3500, Los Angeles, California 90071-2411, 213.972.4674

**Attorneys** (If Known)

Stephen M. Feldman, OSB No. 932674
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128  TEL 503.727.2000

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☒ **MONEY DEMANDED IN COMPLAINT:** $ exemplary damages and fees/costs

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. § 1332(a)(2), 28 U.S.C. §§ 1391(b) and 1391(c). Intentional interference claim.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV10 0584

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                            CIVIL COVER SHEET                            Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑ Yes
If yes, list case number(s): CV09-04341 AHM PJWx

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☑ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Oregon |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date January 27, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |