Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendant
adidas America, Inc.

William H. Brewster (Pro Hac Vice Pending)
BBrewster@KilpatrickStockton.com
R. Charles Henn Jr. (Pro Hac Vice Pending)
CHenn@KilpatrickStockton.com
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: 404.815.6500
Facsimile: 404.815-655

Of counsel for Defendant
adidas America, Inc.

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBALIFE INTERNATIONAL, INC.,<br><br>              Plaintiff,<br><br>    v.<br><br>adidas AMERICA, INC.,<br><br>              Defendant. | Case No. 10-CV-0584 AHM (AGRx)<br><br><br>DEFENDANT ADIDAS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE |

/ / /

/ / /

1       adidas America, Inc. ("adidas America") requests, pursuant to Rule 201 of

2  the Federal Rules of Evidence, that the Court take judicial notice of the following

3  facts, which are not subject to reasonable dispute:

4       On January 29, 2010, the court in <u>adidas America, Inc. et al. v. Herbalife</u>,

5  United States District Court for the District of Oregon Case No. 3:09-cv-00661-MO

6  (the "Oregon Action") granted adidas America, Inc.'s Emergency Motion to Enjoin

7  Herbalife International, Inc. from Pursuing Later-Filed Duplicative California

8  Action.  The Oregon court ordered that:

9

10             Defendant is enjoined from pursuing a temporary restraining order, or other emergency relief, in the Central District of California until the Court rules on defendant's motion to dismiss for lack of personal jurisdiction (#12).  The Court finds that defendant's claim for relief arises from the same nucleus of operative facts at issue in this earlier-filed action and is susceptible to resolution in this forum.  If defendant seeks emergency relief from this Court, the Court will not construe that action as a waiver of defendant's challenge to the Court's personal jurisdiction over defendant.  . . .

16  See Oregon Action Docket #70, a copy of which is attached as Exhibit 1.

17       It is appropriate for the Court to take judicial notice of the January 29, 2010

18  Minute Order in the Oregon Action, pursuant to Rule 201(b)(2) of the Federal

19  Rules of Evidence, because the facts are capable of accurate and ready

20  determination by resort to sources whose accuracy cannot be reasonably

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26

27

28

1  questioned.  Judicial notice of the January 29, 2010 Minute Order is appropriate

2  because the document is a matter of public record.  See Mir v. Little Co. of Mary

3  Hosp., 844 F.2d 646, 649 (9th Cir. 1988).

4

5  DATED:  February 2, 2010                 **PERKINS COIE** LLP

6

7                                           By: s/ Katherine M. Dugdale

8                                               Audra M. Mori
                                                Katherine M. Dugdale

9                                           Attorneys for Defendant
                                            adidas AMERICA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 1**

Case 2:10-cv-00584-AHM-AGR    Document 15    Filed 02/02/10    Page 5 of 14

PROTECTIVE ORD

# U.S. District Court
## District of Oregon (Portland)
## CIVIL DOCKET FOR CASE #: 3:09-cv-00661-MO

Adidas America, Inc. et al v. Herbalife International, Inc.
Assigned to: Judge Michael W. Mosman
Cause: 15:1051 Trademark Infringement

Date Filed: 06/12/2009
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**Adidas America, Inc.**                    represented by **Daniel H. Marti**
Kilpatrick Stockton, LLP
607 14th Street NW
Suite 900
Washington , DC 20005
(202) 508-5800
Fax: (202) 585-0033
Email: dmarti@kilpatrickstockton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R. Charles Henn , Jr.**
Kilpatrick Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta , GA 30309
(404)815-6500
Fax: (404) 815-6555
Email: chenn@kilpatrickstockton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen M. Feldman**
Perkins Coie, LLP
1120 NW Couch Street
10th Floor
Portland , OR 97209-4128
(503) 727-2058
Fax: (503) 727-2222
Email: feldm@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Exhibit 1 Page 4**

William H. Brewster
Kilpatrick Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta , GA 30309
(404) 815-6500
Fax: (404) 815-6555
Email:
bbrewster@kilpatrickstockton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adidas AG**                    represented by **Daniel H. Marti**
                                 (See above for address)
                                 *LEAD ATTORNEY*
                                 *PRO HAC VICE*
                                 *ATTORNEY TO BE NOTICED*

                                 **R. Charles Henn , Jr.**
                                 (See above for address)
                                 *LEAD ATTORNEY*
                                 *PRO HAC VICE*
                                 *ATTORNEY TO BE NOTICED*

                                 **Stephen M. Feldman**
                                 (See above for address)
                                 *LEAD ATTORNEY*
                                 *ATTORNEY TO BE NOTICED*

                                 **William H. Brewster**
                                 (See above for address)
                                 *LEAD ATTORNEY*
                                 *PRO HAC VICE*
                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Herbalife International, Inc.**    represented by **Kenneth R. Davis , II**
                                 Lane Powell P.C.
                                 601 S.W. Second Avenue
                                 Suite 2100
                                 Portland , OR 97204-3158
                                 (503) 778-2121
                                 Fax: (503) 778-2200
                                 Email: davisk@lanepowell.com
                                 *LEAD ATTORNEY*

**Exhibit 1 Page 5**

*ATTORNEY TO BE NOTICED*

**Leila Nourani**
Foley & Lardner LLP
555 S. Flower Street, #3500
Los Angeles , CA 90071
(213) 972-4662
Fax: (213) 486-0065
Email: lnourani@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Merl John Carson**
Foley & Lardner LLP
555 S. Flower Street, #3500
Los Angeles , CA 90071
(213) 972-4578
Fax: (213) 486-0065
Email: jcarson@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J. Song**
Foley & Lardner LLP
555 S. Flower Street, Suite 3500
Los Angeles , CA 90071
(213) 972-4713
Fax: (213) 486-0065
Email: msong@foley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Pauline A. Mueller**
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago , IL 60654
(312) 832-5171
Fax: (312) 832-4700
Email: pmueller@foley.com
*TERMINATED: 08/12/2009*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| 06/12/2009 | 1 | Complaint. Filing Fee in amount of $350 collected. Receipt No. 27428 issuedSummons issued as to Herbalife International, Inc. (c/o Registered Agent: The Prentice-Hall Corporation System). Jury Trial Requested: Yes.Filed by Adidas America, Inc., Adidas AG against Herbalife International, Inc.. (kt) (Entered: 06/15/2009) |
|---|---|---|
| 06/12/2009 | 2 | Plaintiff's Corporate Disclosure Statement. Filed by Adidas America, Inc., Adidas AG. (kt) (Entered: 06/15/2009) |
| 06/12/2009 | 3 | Discovery and Pretrial Scheduling Order and Notice of Case Assignment to Judge Michael W. Mosman. Discovery is to be completed by 10/10/2009. Joint Alternate Dispute Resolution Report is due by 11/9/2009. Pretrial Order is due by 11/9/2009. Ordered by Judge Michael W. Mosman. (kt) (Entered: 06/15/2009) |
| 06/15/2009 | 4 | **Trademark Report:** This report is being submitted pursuant to Title 15 Section 1116(c) which states It shall be the duty of the clerks of such courts within one month after the filing of any action give notice thereof in writing to the Director setting forth in order so far as known the names and addresses of the litigants and the designating number or numbers of the registration or registrations upon which the action, suit, or proceeding has been brought. (kt) (Entered: 06/15/2009) |
| 06/22/2009 | 5 | Motion *to Enjoin Defendant Herbalife International, Inc. From Pursuing Duplicative Litigation.* Oral Argument requested. Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 06/22/2009) |
| 06/22/2009 | 6 | Memorandum in Support *of Plaintiffs' Motion to Enjoin Defendant Herbalife International, Inc. From Pursuing Duplicative Litigation.* Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion - Miscellaneous 5 .) (Feldman, Stephen) (Entered: 06/22/2009) |
| 06/22/2009 | 7 | Declaration of Daniel H. Marti. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion - Miscellaneous 5 .) (Attachments: # 1 Exhibit 1-4) (Feldman, Stephen) (Entered: 06/22/2009) |
| 07/06/2009 | 8 | Unopposed Motion for Extension of Time to File a Response/Reply to Motion *to Enjoin Defendant Herbalife International, Inc. From Pursuing Duplicative Litigation* 5 . Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 07/06/2009) |
| 07/07/2009 | 9 | **ORDER:** GRANTING Motion for Extension of Time to File Response/Reply 8 . Response is due by 7/10/2009, for Motion to Enjoin Defendant Herbalife International, Inc. From Pursuing Duplicative Litigation (#5). Ordered by Judge Michael W. Mosman. (dls) (Entered: 07/07/2009) |
| 07/09/2009 | 10 | Order - Granting Application for Special Admission Pro Hac Vice of R. Charles Henn, Jr for Adidas America, Inc. and Adidas AG. Application Fee in amount of $100 collected. Receipt No. 27832 issued. Signed on 7/9/2009 by Judge Michael W. Mosman. (ecp) (Entered: 07/10/2009) |
| 07/09/2009 | 11 | Order - Granting Application for Special Admission Pro Hac Vice of Daniel H. Marti for Adidas America, Inc. and Adidas AG. Application Fee in amount of |

| | | |
|---|---|---|
| | | $100 collected. Receipt No. 27830 issued. Signed on 7/9/2009 by Judge Michael W. Mosman. (ecp) (Entered: 07/10/2009) |
| 07/10/2009 | 12 | Motion to Dismiss *for Lack of Personal Jurisdiction, Or, In the Alternative, Transfer to Central District of California*. Oral Argument requested. Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 07/10/2009) |
| 07/10/2009 | 13 | Memorandum in Support *of Motion to Dismiss for Lack of Personal Jurisdiction Or, In the Alternative, Transfer to Central District of California*. Filed by Herbalife International, Inc.. (Related document(s): Motion to Dismiss 12 .) (Davis, Kenneth) (Entered: 07/10/2009) |
| 07/10/2009 | 14 | Declaration of M. John Carson. Filed by Herbalife International, Inc.. (Related document(s): Motion to Dismiss 12 .) (Davis, Kenneth) (Entered: 07/10/2009) |
| 07/10/2009 | 15 | Declaration of James P. Berklas, Jr.. Filed by Herbalife International, Inc.. (Related document(s): Motion to Dismiss 12 .) (Davis, Kenneth) (Entered: 07/10/2009) |
| 07/10/2009 | 16 | Response to Motion *to Enjoin Defendant Herbalife International, Inc. From Pursuing Duplicative Litigation* 5 Oral Argument requested. Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 07/10/2009) |
| 07/13/2009 | 17 | Notice re Declaration 14 *of Filing Original Signature Page.*Filed by Herbalife International, Inc.. (Related document(s): Declaration 14 .) (Davis, Kenneth) (Entered: 07/13/2009) |
| 07/13/2009 | 18 | Notice re Declaration 15 *of Filing Original Signature Page.*Filed by Herbalife International, Inc.. (Related document(s): Declaration 15 .) (Davis, Kenneth) (Entered: 07/13/2009) |
| 07/14/2009 | 19 | Summons Returned Executed. as to Herbalife International, Inc. served on 6/22/2009, answer due on 7/13/2009 *Summons, Affidavit of Service, Affidavit of Mailing* Filed by Adidas America, Inc.; Adidas AG. (Feldman, Stephen) (Entered: 07/14/2009) |
| 07/20/2009 | 20 | Order Granting Application for Special Admission Pro Hac Vice of Pauline A. Mueller for Herbalife International, Inc.. Application Fee in amount of $100 collected. Receipt No. 27993 issued. Signed on 7/17/09 by Judge Michael W. Mosman. (ljl) (Entered: 07/22/2009) |
| 07/20/2009 | 21 | Order Granting Application for Special Admission Pro Hac Vice of Leila Nourani for Herbalife International, Inc.. Application Fee in amount of $100 collected. Receipt No. 27992 issued. Signed on 7/17/09 by Judge Michael W. Mosman. (ljl) (Entered: 07/22/2009) |
| 07/20/2009 | 22 | Order Granting Application for Special Admission Pro Hac Vice of Merl John Carson for Herbalife International, Inc.. Application Fee in amount of $100 collected. Receipt No. 27990 issued. Signed on 7/17/09 by Judge Michael W. Mosman. (ljl) (Entered: 07/22/2009) |
| 07/23/2009 | 23 | Unopposed Motion for Extension of Time *to File Response*. Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 07/23/2009) |
| | | |

**Exhibit 1 Page 8**

| 07/24/2009 | 24 | **ORDER:** GRANTING Motion for Extension of Time 23 to File Response to Motion to Dismiss. Response due 8/7/2009. Ordered by Judge Michael W. Mosman. (mjp) (Entered: 07/24/2009) |
| --- | --- | --- |
| 07/24/2009 | 25 | Reply *Memorandum in Support of Plaintiffs' Motion to Enjoin Defendant Herbalife International, Inc. From Pursuing Duplicative Litigation*. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion - Miscellaneous 5 .) (Feldman, Stephen) (Entered: 07/24/2009) |
| 07/24/2009 | 26 | Supplemental Declaration of Daniel H. Marti. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Reply, 25 .) (Feldman, Stephen) (Entered: 07/24/2009) |
| 07/24/2009 | 27 | Declaration of Vanessa L. Backman. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Reply, 25 .) (Attachments: # 1 Exhibit 1-2) (Feldman, Stephen) (Entered: 07/24/2009) |
| 08/04/2009 | 33 | Order Granting Application for Special Admission Pro Hac Vice of Michael J. Song for Herbalife International, Inc.. Application Fee in amount of $100 collected. Receipt No. 28271 issued. Signed on 8/4/09 by Judge Michael W. Mosman. (ljl) (Entered: 08/19/2009) |
| 08/07/2009 | 28 | Motion *for Limited, Expedited Discovery and Extension of Briefing Schedule*. Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 08/07/2009) |
| 08/07/2009 | 29 | Memorandum in Support *of Plaintiffs' Motion for Limited, Expedited Discovery and Extension of Briefing Schedule*. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion - Miscellaneous 28 .) (Feldman, Stephen) (Entered: 08/07/2009) |
| 08/07/2009 | 30 | Declaration of Daniel H. Marti. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion - Miscellaneous 28 .) (Attachments: # 1 Exhibit A-C, # 2 Exhibit D-F, # 3 Exhibit G, # 4 Exhibit H-L) (Feldman, Stephen) (Entered: 08/07/2009) |
| 08/12/2009 | 31 | Notice of Attorney Withdrawal: *Pauline A. Mueller*.Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 08/12/2009) |
| 08/13/2009 | 32 | Scheduling Order by Judge Michael W. Mosman regarding Motion *for Limited, Expedited Discovery and Extension of Briefing Schedule* 28 . Status Conference is set for 9/1/2009 at 04:00PM in Telephone before Judge Michael W. Mosman. The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls) (Entered: 08/13/2009) |
| 08/21/2009 | 34 | Response to Motion *for Limited, Expedited Discovery and Extension of Briefing Schedule* 28 . Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 08/21/2009) |
| 08/21/2009 | 35 | Declaration of M. John Carson. Filed by Herbalife International, Inc.. (Related document(s): Response to Motion 34 .) (Davis, Kenneth) (Entered: 08/21/2009) |
| 08/24/2009 | 36 | Motion to Strike *Portions of* Declaration 27 . Oral Argument requested. Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 08/24/2009) |

District of Oregon CM/ECF LIVE Release V3.2.3

| | | |
|---|---|---|
| 08/24/2009 | 37 | Memorandum in Support *of Motion to Strike Portions of Declaration of Vanessa L. Backman*. Filed by Herbalife International, Inc.. (Related document (s): Motion to Strike 36 .) (Davis, Kenneth) (Entered: 08/24/2009) |
| 08/31/2009 | 38 | Motion for Leave *to File Reply Brief*. Filed by all plaintiffs. (Feldman, Stephen) (Entered: 08/31/2009) |
| 08/31/2009 | 39 | Reply to Motion *for Limited, Expedited Discovery and Extension of Briefing Schedule* 28 . Filed by all plaintiffs. (Feldman, Stephen) (Entered: 08/31/2009) |
| 09/01/2009 | 40 | Record of Order by Judge Michael W. Mosman. RESETTING THE TIME ONLY for the Status Conference FROM 9/1/09 at 04:00PM, SET FOR 9/1/2009 at 01:00PM in Telephone before Judge Michael W. Mosman, Motion *for Limited, Expedited Discovery and Extension of Briefing Schedule* 28 . Ordered by Judge Michael W. Mosman. (dls) (Entered: 09/01/2009) |
| 09/01/2009 | 41 | **MINUTES of Proceedings:** Status Conference held. Order: GRANTING IN PART/DENYING IN PART Motion for Limited, Expedited Discovery and Extension of Briefing Schedule (#28). Plaintiff is allowed to conduct discovery as related to personal jurisdiction with six document requests, six interrogatories, and a 30(b)(6) deposition, if needed. The court adopts the expedited schedule. DENYING, with leave to renew, defendant's informal request to conduct venue discovery. DENYING AS MOOT Motion for Leave to File Reply Brief (#38). Daniel Marti and Stephen Feldman present as counsel for plaintiff(s). Kenneth R Davis, II, Leila Nourani, and Merl John Carson present as counsel for defendant(s). Court Reporter: Bonita Shumway. Judge Michael W. Mosman presiding. (dls) (Entered: 09/03/2009) |
| 09/08/2009 | 42 | Memorandum in Opposition *to Defendant's Motion to Strike Portions of Declaration of Vanessa L. Backman* to Motion to Strike *Portions of* Declaration 27 36 . Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 09/08/2009) |
| 09/08/2009 | 43 | Declaration of Daniel H. Marti. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Memorandum in Opposition 42 .) (Attachments: # 1 Exhibit 1-5) (Feldman, Stephen) (Entered: 09/08/2009) |
| 09/23/2009 | 44 | Order - Granting Application for Special Admission Pro Hac Vice of William H. Brewster for Adidas America, Inc. and Adidas AG. Application Fee in amount of $100 collected. Receipt No. 28081 issued. Signed on 9/23/2009 by Judge Michael W. Mosman. (ecp) (Entered: 09/24/2009) |
| 10/20/2009 | 45 | Stipulated Motion for Protective Order *(filed as "Stipulated Protective Order")*. Filed by all parties. (Davis, Kenneth) (Entered: 10/20/2009) |
| 10/21/2009 | 46 | **STIPULATED PROTECTIVE ORDER.** Signed on October 21st, 2009 by Judge Michael W. Mosman. (eo) (Entered: 10/23/2009) |
| 11/17/2009 | 47 | Scheduling Order by Judge Michael W. Mosman. Status Conference is set for 11/20/2009 at 04:00PM in Telephone before Judge Michael W. Mosman. The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls) (Entered: 11/17/2009) |
| 11/20/2009 | 48 | **MINUTES of Proceedings:** Telephone Status Conference held. The Court |

Exhibit 1 Page 10
2/2/2010

| | | |
|---|---|---|
| | | finds that production of Defendant's website log satisfies Plaintiff's document request and special interrogatory. The Court will require a Rule 30(b)(6) deposition, limited to less than one day. Daniel Marti and Stephen Feldman present as counsel for plaintiff(s). Kenneth R Davis, II, Leila Nourani, and Merl John Carson present as counsel for defendant(s). Court Reporter: Bonita Shumway. Judge Michael W. Mosman presiding. (dls) (Entered: 11/20/2009) |
| 01/10/2010 | 49 | Scheduling Order by Judge Michael W. Mosman regarding Motion to Dismiss *for Lack of Personal Jurisdiction, Or, In the Alternative, Transfer to Central District of California* 12 . Response is due by 1/29/2010. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/10/2010) |
| 01/11/2010 | 50 | Scheduling Order by Judge Michael W. Mosman regarding Motion to Dismiss *for Lack of Personal Jurisdiction, Or, In the Alternative, Transfer to Central District of California* 12 . Response is due by 1/13/2010. Reply is due by 1/27/2010. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/11/2010) |
| 01/11/2010 | 51 | Scheduling Order by Judge Michael W. Mosman regarding Motion to Strike *Portions of* Declaration 27 36 . Reply is due by 1/25/2010. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/11/2010) |
| 01/13/2010 | 52 | Motion to File Excess Pages *Unopposed Motion for Leave to File Brief in Excess of Page Limit.* Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 01/13/2010) |
| 01/15/2010 | 53 | **ORDER:** GRANTING Motion to File Excess Pages Unopposed Motion for Leave to File Brief in Excess of Page Limit 52 . Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/15/2010) |
| 01/25/2010 | 56 | Unopposed Motion for Extension of Time to File a Response/Reply to Motion to Dismiss *for Lack of Personal Jurisdiction, Or, In the Alternative, Transfer to Central District of California* 12 . Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 01/25/2010) |
| 01/25/2010 | 58 | Reply *in Support of* to Motion to Strike *Portions of* Declaration 27 36 . Filed by Herbalife International, Inc.. (Mehrbani, Parna) (Entered: 01/25/2010) |
| 01/25/2010 | 59 | Declaration of Michael J. Song. Filed by Herbalife International, Inc.. (Related document(s): Motion to Strike 36 .) (Attachments: # 1 Exhibit) (Mehrbani, Parna) (Entered: 01/25/2010) |
| 01/26/2010 | 60 | **ORDER:** GRANTING Motion for Extension of Time to File Response/Reply 56 . Reply is due by 1/29/2010. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/26/2010) |
| 01/27/2010 | 61 | Motion for Leave *to File Surreply.* Filed by Adidas America, Inc., Adidas AG. (Attachments: # 1 Exhibit A) (Feldman, Stephen) (Entered: 01/27/2010) |
| 01/28/2010 | 62 | Motion for Temporary Restraining Order *Emergency Motion to Enjoin Defendant From Pursuing Later-Filed, Duplicative California Action.* Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 01/28/2010) |
| 01/28/2010 | 63 | Declaration of Chris McGuire. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion for Temporary Restraining Order 62 .) |

| | | (Feldman, Stephen) (Entered: 01/28/2010) |
|---|---|---|
| 01/28/2010 | 64 | Declaration of Stephen M. Feldman. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion for Temporary Restraining Order 62 .) (Attachments: # 1 Exhibit 1-4) (Feldman, Stephen) (Entered: 01/28/2010) |
| 01/28/2010 | 65 | Memorandum in Support *of Plaintiffs' Emergency Motion to Enjoin Defendant From Pursuing Later-Filed, Duplicative California Action*. Filed by Adidas America, Inc., Adidas AG. (Related document(s): Motion for Temporary Restraining Order 62 .) (Feldman, Stephen) (Entered: 01/28/2010) |
| 01/28/2010 | 66 | Proposed Form of Order Submitted. Filed by Adidas America, Inc., Adidas AG. (Feldman, Stephen) (Entered: 01/28/2010) |
| 01/28/2010 | 67 | Scheduling Order by Judge Michael W. Mosman. Temporary Restraining Order Hearing is set for 1/29/2010 at 11:00AM in Telephone before Judge Michael W. Mosman, regarding Motion for Temporary Restraining Order *Emergency Motion to Enjoin Defendant From Pursuing Later-Filed, Duplicative California Action* 62 . The court will initiate the call. Ordered by Judge Michael W. Mosman. (dls) (Entered: 01/28/2010) |
| 01/29/2010 | 68 | Reply to Motion to Dismiss *for Lack of Personal Jurisdiction, Or, In the Alternative, Transfer to Central District of California* 12 Oral Argument requested. Filed by Herbalife International, Inc.. (Song, Michael) (Entered: 01/29/2010) |
| 01/29/2010 | 69 | Declaration of Leila Nourani *and Exhibit 1 and 2*. Filed by Herbalife International, Inc.. (Related document(s): Reply to Motion 68 .) (Song, Michael) (Entered: 01/29/2010) |
| 01/29/2010 | 70 | **MINUTES of Proceedings:** Temporary Retraining Order Hearing Held. Order GRANTING Plaintiff's Emergency Motion to Enjoin Defendant from Pursuing Later-Filed Duplicative California Action 62 . As stated on the record, Defendant is enjoined from pursuing a temporary restraining order, or other emergency relief, in the Central District of California until the Court rules on defendant's motion to dismiss for lack of personal jurisdiction (#12). The Court finds that defendant's claim for relief arises from the same nucleus of operative facts at issue in this earlier-filed action and is susceptible to resolution in this forum. If defendant seeks emergency relief from this Court, the Court will not construe that action as a waiver of defendant's challenge to the Court's personal jurisdiction over defendant. The Court requires the parties to meet and submit a proposed schedule for resolution of this case. Daniel Marti, William H. Brewester, R. Charles Henn, Jr.,Stephen Feldman. and in-house counsel Paul Loving present as counsel for plaintiff(s). Kenneth R Davis, II, Leila Nourani, and Merl John Carson present as counsel for defendant(s). Court Reporter: Nancy Walker. Judge Michael W. Mosman presiding. (Related document(s): Motion for Temporary Restraining Order 62 .) (dls) (Entered: 02/01/2010) |
| 02/01/2010 | 71 | Amended Reply *Memorandum in Support of Its* to Motion to Dismiss *for Lack of Personal Jurisdiction, Or, In the Alternative, Transfer to Central District of California* 12 . Filed by Herbalife International, Inc.. (Davis, Kenneth) (Entered: 02/01/2010) |

**Exhibit 1 Page 12**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/02/2010 10:10:58 | | |
| **PACER Login:** pc0288 | **Client Code:** | 21184-0076 |
| **Description:** | Docket Report **Search Criteria:** | 3:09-cv-00661-MO |
| **Billable Pages:** 7 | **Cost:** | 0.56 |

**Exhibit 1 Page 13**